

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

**SUPERSEDING INDICTMENT**

v.                                                    CRIMINAL NO. 3:21-cr-00101-HTW-LGI

DEANRICK SHEA ISOM and                    M.C.A.   § 97-17-23
LASHANDELL F. THOMAS                       18 U.S.C. § 113(a)(1)
                                          18 U.S.C. § 113(a)(2)
                                          18 U.S.C. § 1201(a)(2)
                                          18 U.S.C. § 1201(d)

**The Grand Jury charges:**

## COUNT 1

That on or about August 22, 2021, in Neshoba County in the Northern Division of the

Southern District of Mississippi, on lands within the confines of the Pearl River Community of the

Choctaw Indian Reservations in the Indian Country, the defendants, **DEANRICK SHEA ISOM**

**and LASHANDELL F. THOMAS**, both of whom are Choctaw Indians, aided and abetted by

others known and unknown to the Grand Jury, did willfully, unlawfully, and feloniously break and

enter the dwelling house of another with the intent to commit therein the crime of assault under

circumstances likely to terrorize J.T., a Choctaw Indian female occupying the house at the time of

the criminal invasion, in violation of Title 18, United States Code, Sections 1153, and 13, and

Miss. Code Ann. Section 97-17-23(1) and (2).

## COUNT 2

That on or about August 22, 2021, in Neshoba County in the Northern Division of the

Southern District of Mississippi, on lands within the confines of the Pearl River Community of the

Choctaw Indian Reservation in the Indian country and elsewhere, the defendant, **DEANRICK**

**SHEA ISOM and LASHANDELL F. THOMAS**, aided and abetted by others known and unknown to the Grand Jury, did assault J.T. a Choctaw Indian female with the intent to commit any felony to wit: kidnapping, all in violation of Title 18, United States Code, Sections 113(a)(2), 2 and 1153.

COUNT 3

That on or about August 22, 2021, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservation in the Indian country and elsewhere, the defendant, **DEANRICK SHEA ISOM and LASHANDELL F. THOMAS**, aided and abetted by others known and unknown to the Grand Jury, did unlawfully kidnap, abduct, seize, confine, inveigle, decoy, carry away, and hold for some benefit, or otherwise J.T., a Choctaw female, within the confines of the Pearl River Community of the Choctaw Indian Reservation in the Indian Country within the territorial jurisdiction of the United States in violation of Title 18, United States Code, Sections 1201(a)(2), and 2.

COUNT 4

That on or about August 22, 2021, in Neshoba County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservation in the Indian country and elsewhere, the defendant, **DEANRICK SHEA ISOM and LASHANDELL F. THOMAS**, aided and abetted by others known and unknown to the Grand Jury, did unlawfully attempt to kidnap, abduct, seize, confine, inveigle, decoy, carry away, and hold for some benefit, or otherwise J.T., a Choctaw female, within the confines of the Pearl River Community of the Choctaw Indian Reservation in the Indian Country within the territorial jurisdiction of the United States in violation of Title 18, United States Code,

Sections 1201(a)(2), (d) and 2.

## <u>NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE</u>

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.    Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2461.

DARREN J. LAMARCA
United States Attorney

A TRUE BILL:

S/SIGNATURE REDACTED

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the _25th_ day of January 2022.

UNITED STATES MAGISTRATE JUDGE