CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

FILED
SOUTHERN DISTRICT OF MISSISSIPPI
JAN 25 2022
ARTHUR JOHNSTON        DEPUTY
BY

CITY: _____

COUNTY: Neshoba_____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT X_____ DOCKET # 3:21cr101-HTW-LGI
SAME DEFENDANT _____ NEW DEFENDANT X_____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES X___ NO

MATTER TO BE SEALED: X___ YES _____ NO

NAME/ALIAS:    Lashandell F. Thomas _____
_____

**U.S. ATTORNEY INFORMATION:**

AUSA   Kevin J. Payne _____    BAR # 100104_____

INTERPRETER:   X___ NO _____ YES  LIST LANGUAGE AND/OR DIALECT:_____

**LOCATION STATUS:**    ARREST DATE _____

_____ ALREADY IN FEDERAL CUSTODY AS OF _____
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:  4_____    _____ PETTY    _____MISDEMEANOR    4_____ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1    18:1153.F | 18 U.S.C § 1153 | Burglary; Breaking and Entering; Home Invasion on Choctaw Indian Reservation | 1 |
| Set 2    18:113A.F | 18 U.S.C. § 113(a)(2) | Assault with Intent to Commit Any Felony on the Choctaw Indian Reservation | 2 |
| Set 3    18:1201.F | 18 U.S.C. § 1201(a)(2) | Kidnapping on the Choctaw Indian Reservation | 3 |
| Set 4    18:1201.F | 18 U.S.C. § 1201(a) and (d) | Attempted Kidnapping on the Choctaw Indian Reservation | 4 |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020